**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Winthrop Resources Corporation,

       Plaintiff,                          Civil No. 08-5024 (RHK/SRN)

vs.                                      **DISQUALIFICATION AND
                                                 ORDER FOR REASSIGNMENT**

Citibank (South Dakota) N.A.,

       Defendant.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 26, 2008

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge